Case 3:24-mc-00115-MEG   Document 1-1   Filed 12/11/24   Page 1 of 6

United States District Court
District of Connecticut
FILED AT NEW HAVEN

December 11, 20 24

By S. Santos
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE: APPLICATION FOR SEIZURE WARRANT

No. 3:24-mc-  115  (MEG)

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEIZURE WARRANT

I, Sarah Calgreen, being duly sworn, hereby depose and state as follows:

### INTRODUCTION

1. I am a Deputy United States Marshal with the United States Marshals Service ("USMS"), currently assigned to the District of Connecticut with the title of Senior Inspector. I have been a Deputy United States Marshal with the USMS for approximately twelve years. I am a graduate of the Criminal Investigator Training Program at the Federal Law Enforcement Training Center ("FLETC") in Glynco, Georgia. I received a Bachelor of Science in Criminal Justice from American International College, and received a Master's Degree in Public Administration from John Jay College of Criminal Justice. Since joining the USMS, I have been assigned to fugitive investigations, protective investigations, and asset forfeiture financial investigations. During my employment, I have received training and have been involved in the use of investigative techniques, such as interviewing informants and cooperating witnesses; conducting physical surveillance; analyzing telephone and pen register date; and analyzing financial records. I have prepared and/or executed numerous search and seizure warrants. As a federal law enforcement officer, I am authorized to investigate violations of federal law and to execute warrants issued under the authority of the United States.

2. I make this affidavit pursuant to 18 U.S.C. § 1343 (Wire Fraud) and 18 U.S.C. § 1344 (Bank Fraud) in support of an application for a seizure warrant for the contents of Chase

Bank Account ending in 9097 up to $48,028.88 USD.

3. I believe that the Contents of Chase Bank Accounts ending in 9097 in the name of Erwin Joseph up to $48,028.88 USD ("TARGET FUNDS") was obtained in violation of 18 U.S.C. § 1344 (Bank Fraud), and is subject to civil forfeiture under 18 U.S.C. § 981(a)(1)(C) and criminal forfeiture under 18 U.S.C. § 982(a)(2)(A) and/or 28 U.S.C. § 2461 and in violation of 18 U.S.C. § 1343 (Wire Fraud), and is subject to civil forfeiture under 18 U.S.C. § 981(a)(1)(C) for the forfeiture of property which constitutes or is derived from proceeds traceable to an offense constituting "specified unlawful activity" (as defined in 18 U.S.C. §§ 1956(c)(7) and 1961(1)), namely wire fraud in violation of 18 U.S.C. § 1343, and criminal forfeiture under 18 U.S.C. 981(a)(1)(A) via 18 U.S.C. § 1956(c)(7)(A) (defining specified unlawful activities to include offenses listed in 18 U.S.C. § 1961(1)), 18 U.S.C. § 1961(1) (covering 18 U.S.C. § 1343), and 28 U.S.C. § 2461 (permitting criminal forfeiture if civil forfeiture is permitted) for violations of 18 U.S.C. § 1343.

4. I request that the Court issue a seizure warrant for the TARGET FUNDS pursuant to 18 U.S.C. § 981(b), 18 U.S.C. § 982(b)(1), and 21 U.S.C. § 853(f).

5. The facts in this Affidavit come from my personal observations, my training and experience, witness information, and information obtained from other law enforcement officers. This Affidavit is intended to show merely that there is sufficient probable cause for the issuance of the requested seizure warrants and does not set forth all the information law enforcement officers have learned in this investigation.

## BACKGROUND OF INVESTIGATION

7. Your Affiant is currently investigating a fraud scheme in which at least one individual or more individuals took various steps to defraud at least one known victim in this

case out of funds from her Bank of America Account ending 9815.

## FACTS IN SUPPORT OF PROBABLE CAUSE

8. On November 18, 2024, your Affiant received information regarding Victim 1, a resident of Southbury, Connecticut from Southbury Police Detective Brianna Critelli.

9. Your Affiant was informed that on September 11, 2024, at approximately 3:51 PM, Victim 1 received a text message on her cell phone from the number 808-936-3835. The text message stated:

> BofA: Did you attempt a charge at Walgreens for $587.15? Reply: YES, NO or call 1-800-432-1000. Txt STOP to opt-out. Bank of America.

Victim 1 replied, "NO." After responding, she received another message that read:

> Card lock support will contact you soon 888-278-4637.

10. Moments later, Victim 1 received a phone call from 808-420-8823. The caller, who identified herself as Angela Davis ("Angela") from Bank of America's fraud department, informed Victim 1 that her account had been compromised. Angela stated she was closing the compromised account and would be sending Victim 1 a new card, which would arrive in five business days.

11. Angela then told Victim 1 about two additional fraudulent charges on her Bank of America business checking account, which was tied to her debit card ending in 5148. Angela explained that these charges had already been removed and would not appear in her account. Angela also claimed that someone named Mark Sanders was attempting to gain access to the account by adding himself as an authorized user. When asked, Victim 1 confirmed that she did not know anyone by that name.

12.     Angela explained that she needed Victim 1's business tax ID to secure the account and prevent Mark Sanders from gaining further access. Believing the request was legitimate, Victim 1 provided the tax ID for her business. Angela stated that Mark Sanders had disabled alerts on the account but assured Victim 1 that she would turn them back on.

13.     Angela told Victim 1 she would send verification codes via text messages to confirm the account and enable the alerts. Victim 1 received several codes via text and provided them to Angela. Shortly thereafter, Victim 1 received a notification about an online banking login attempt from Stratford, CT. Angela instructed Victim 1 to reply "YES" to this notification to verify the account and allow her to secure it. Trusting Angela, Victim 1 complied.

14.     By doing so, Angela gained full access to Victim 1's Bank of America business account. After gaining access, Angela was able to execute two unauthorized ACH withdrawals from the account ending in 9815, held in the name of Victim 1's company. The first withdrawal was for $48,028.88, plus a $5.00 fee. The second was for $49,288.28, plus a $5.00 fee. Both withdrawals were transferred to a Chase account ending in 9097, held in the name of Erwin Joseph.

15.     Victim 1 contacted Bank of America after realizing her account had been compromised. The bank immediately closed all her accounts but was unable to cancel the withdrawals in time.

16.     On September 12, 2024, Victim 1 reported the theft to law enforcement.

17.     On November 18, 2024, the Southbury Police Department contacted this affiant to assist in the investigation and recovery of the stolen funds.

18.     Your affiant identified that on September 23, 2024, Bank of America and Chase successfully transferred $49,288.28, which was the second transfer identified above, from the

Chase account ending in 9097 back to Victim 1's Bank of America account ending 9815. Thus, as to the second transfer, Victim 1 has been made whole.

19. There was some money remaining from the first transfer identified above (the transfer of $48,028.88) left in Chase ending in 9097. The banks were unable to work together to return this portion of the remaining money to the victim.

20. Further investigation revealed that approximately $31,000.00 of Victim 1's stolen funds remained in Chase ending in 9097, which had been restrained by the bank. The difference between the first transfer ($48,028.88) and the remaining funds in Chase ending in 9097, (approximately $31,000) had been transferred out Chase ending in 9097 to other locations.

**LEFT BLANK INTENTIONALLY**

## CONCLUSION

21. Based on the foregoing information set forth above, I submit that probable cause exists to believe that the TARGET FUNDS were obtained in violation of 18 U.S.C. § 1343 and 18 U.S.C. § 1344.

22. I request that the Court issue a seizure warrant for the TARGET FUNDS pursuant to 18 U.S.C. § 981(b), 18 U.S.C. § 982(b)(1), and 21 U.S.C. § 853(f).

SARAH CALGREEN
Digitally signed by SARAH CALGREEN
Date: 2024.12.11 10:25:37 -05'00'

SARAH CALGREEN
DEPUTY US MARSHAL
UNITED STATES MARSHALS SERVICE

Subscribed and sworn to before me by Deputy US Marshal Sarah Calgreen on this 11th day of December, 2024.

Maria E. Garcia
Digitally signed by Maria E. Garcia
Date: 2024.12.11 13:57:03 -05'00'

HONORABLE MARIA E. GARCIA
UNITED STATES MAGISTRATE JUDGE